TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00617-CR







Kim Kaylean Williams, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 47,893, HONORABLE JOE CARROLL, JUDGE PRESIDING






O R D E R


Appellant's motion for rehearing is granted. The opinion and judgment dated March
14, 2002, are withdrawn. The district clerk is instructed to promptly make the appellate record
available to appellant. Appellant's pro se brief shall be filed no later than May 31, 2002. No further
extension of time will be granted.

It is ordered April 11, 2002.



 

 David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Do Not Publish